IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF ARKANSAS AT LITTLE ROCK | PLAINTIFF |
| V. | NO. 4:07CV00654 |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary Department of Homeland Security; CHRISTINA POULOS, Director of the California Service Center, U.S. Citizenship and Immigration Services; and ROBERT MUELLER, Director, Federal Bureau of Investigation of the United States; and EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services | DEFENDANTS |

## ORDER

Pursuant to the Plaintiff's notice of voluntary dismissal, docket # 3, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 1st day of October, 2007.

_James M. Moody_
James M. Moody
United States District Judge